*ORDER*

PER CURIAM.

Mother of D.E.R., born May 30, 1990, and D.A.R., born May 5, 1991, appeals the trial court's judgment terminating her parental rights. We affirm. The judgment of the juvenile court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

PER CURIAM.

A jury convicted defendant of felony possession of cocaine base and misdemeanor possession of marijuana, in violation of § 195.202, RSMo 1994. The trial court sentenced him to four years and one year concurrently.

On appeal, defendant alleges the trial court erred in overruling his *Batson* challenge to one juror. We have examined the record and find that the trial court did not abuse its discretion in denying his challenge.

No jurisprudential purpose would be served by a written opinion. The trial court's judgment is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Cortez BROWN, Defendant/Appellant.**

No. 67743.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 27, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 2, 1996.

Application to Transfer Denied
May 28, 1996.

Deborah B. Wafer, District Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

**Raymond D. COLLINS, et al.,**
**Plaintiffs/Appellants,**

v.

**Gary WALLACE, et al.,**
**Defendants/Respondents.**

No. 68354.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 27, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 2, 1996.

Application to Transfer Denied
May 28, 1996.

M. Corinne Corley, Kansas City, for appellant.

Bruce H. Beckett, Andrew S. Flach and Julie E. Figg, Columbia, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.